IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

19-21620

| | |
|---|---|
| In Re: **Andy Fang** | Bankruptcy No. |
| Debtor | Chapter **13** |
| **Andy Fang** Movant | Related to Document No. 1 |
| v. | |
| No Respondent | |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __**Matthew M. Herron 88927**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Matthew M. Herron**  
Signature  
**Matthew M. Herron 88927**  
Typed Name  
**607 College Street, Suite 101**  
**Pittsburgh, PA 15232**  
Address  
**412-395-6001 Fax:412-391-2808**  
Phone No.  
**88927 PA**  
List Bar I.D. and State of Admission

19-21620

American Airlines Credit Union
4151 Amon Carter Blvd.
Fort Worth, TX 76155