FILED
5/7/19 12:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 19-21620-GLT |
| Andy Fang, ) | Chapter 13 |
| ) | Related to Dkt. No. 12 |
| Debtor. ) | |
| _____ ) | |
| Andy Fang, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| No Respondent. ) | |

## ORDER

AND NOW, to wit, this  **7th**  day of  **May,**  2019, it is hereby ORDERED, ADJUDGED and DECREED, that the debtor, Andy Fang, is hereby granted an extension until May 20, 2019 to file a completed Chapter 13 petition and plan in this case. No additional extensions will be requested or granted.

_____ J.
U.S. Bankruptcy Judge    **cgt**

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 19-21620-GLT
Andy Fang                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2　　　　User: mgut　　　　　　Page 1 of 1　　　　　　Date Rcvd: May 07, 2019
　　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2019.
db　　　　　　+Andy Fang,   445 Broadway Street,　　Carnegie, PA 15106-2640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2019 at the address(es) listed below:
　　　　　James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
　　　　　Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
　　　　　 jbluemle@bernsteinlaw.com
　　　　　Matthew M. Herron    on behalf of Debtor Andy  Fang mmh@thedebtdoctors.com,
　　　　　 hgs@thedebtdoctors.com;alb@thedebtdoctors.com
　　　　　Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
　　　　　Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5