IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Andy Fang**<br><br>Debtor<br><br>**Andy Fang**<br>Movant<br><br>v.<br><br>No Respondent | : : : : : : : : : : : : : : : : | Bankruptcy No. **19-21620**<br><br>Chapter **13**<br><br>Related to Document No. |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,   **Matthew M. Herron 88927**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of the Debtor's completed schedules.

By: **/s/ Matthew M. Herron**
Signature
**Matthew M. Herron 88927**
Typed Name
**607 College Street, Suite 101**
**Pittsburgh, PA 15232**
Address
**412-395-6001 Fax:412-391-2808**
Phone No.
**88927 PA**
List Bar I.D. and State of Admission

```
American Airlines Credit Union
4151 Amon Carter Blvd.
Fort Worth, TX 76155

American Airlines Credit Union
P O Box 619001
Dallas, TX 75261-9001

American Express
PO Box 981537
El Paso, TX 79998-1537

Best Buy/CBNA
PO Box 6497
Sioux Falls, SD 57117

Capital One Bank USA NA
POB 30281
Salt Lake City, UT 84130-0281

CBE Group, Inc.
P.O. Box 2217
Waterloo, IA 50704

Chase Card
P.O. Box 15369
Wilmington, DE 19850

Citicards CBNA
PO Box 6190
Sioux Falls, SD 57117

Citicards/Citibank
PO Box 6241
Sioux Falls, SD 57117

Internal Revenue Service
1000 Liberty Avenue
Pittsburgh, PA 15222

National Tire & BT/CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Nordstrom/TD Bank USA
13531 E Caley Ave.
Englewood, CO 80111

PNC Bank
PO Box 3180
Pittsburgh, PA 15230

Quicken Loans
1050 Woodward Avenue
Detroit, MI 48226
```

```
Rocket Loans
1001 Woodward
Suite 1750
Detroit, MI 48228

SYNCB/Amazon PLCC
PO Box 965015
Orlando, FL 32896

SYNCB/BP
PO Box 965024
Orlando, FL 32896

SYNCB/Care Credit
C/O PO Box 965036
Orlando, FL 32896

SYNCB/Google
PO Box 965022
Orlando, FL 32896

SYNCB/Pay Pal
P.O. Box 965005
Orlando, FL 32896

Syncb/Walmart DC
PO Box 965024
Orlando, FL 32896

TD Bank USA/Target Credit
PO Box 1470
Minneapolis, MN 55440
```