4/15/2019



View Paycheck

Print

## PNC

Andy Fang

numo llc
Two PNC Plaza
620 Liberty Avenue
Pittsburgh, PA 15222
18779687762

| | |
|---|---|
| Net Pay: | $1,555.84 |
| Pay Begin Date: | 10/01/2018 |
| Pay End Date: | 10/14/2018 |
| Check Date: | 10/12/2018 |

### General

| Name: | Andy Fang | Pay Group: | Exempt |
|---|---|---|---|
| Employee ID: | 470144575 | Department: | 8509012415 - PNC TECHNOLOGY IN |
| Address: | 445 Broadway St | Location: | Pittsburgh Incubator Permanent |
| | Carnegie, PA 15106 | Job Title: | Administration Manager |
| | | Pay Rate: | $63,000.00    Annual |

### Tax Data

| Fed Marital Status: | Single | PA Marital Status: | Not applicable |
|---|---|---|---|
| Fed Allowances: | 1 | PA Allowances: | 0 |
| | $0.00 | PA Addl Amount: | $0.00 |
| Fed Addl Amount: | | | |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,423.08 | 2,079.97 | 499.36 | 367.88 | 1,555.84 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | | | 2,180.77 |
| Personal | 8.00 | 30.288462 | 242.31 |
| | | | |
| | | | |
| | | | |
| Total: | 8.00 | | 2,423.08 |

### Taxes

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed Withholding | 235.00 | 2,079.97 |
| Fed MED/EE | 31.92 | 2,201.12 |
| Fed OASDI/EE | 136.47 | 2,201.12 |
| PA Unempl EE | 1.45 | 2,423.08 |
| PA Withholding | 69.78 | 2,273.08 |
| PA PITTSBURGH Withholding | 22.73 | 2,273.08 |
| PA PTTSBRG OP LS Tax | 2.00 | 2,273.08 |
| | | |
| Total: | 499.36 | |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| DENTAL | 4.66 |
| EE HSA CON | 115.01 |
| MEDICAL | 27.69 |
| VISION | 2.64 |
| VolPreTax | 72.50 |
| ISP New | 121.15 |
| | |
| Total: | 343.65 |

### After-Tax Deductions

| Description | Amount |
|---|---|
| ISP New | 24.23 |
| | |
| Total: | 24.23 |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| ER HSA CON | 9.61 |
| IMP LIF* | 0.54 |
| | |
| * Taxable | |
| Total: | 10.15 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 9274761 | Checking | 1079824495 | 700.00 |
| Direct Deposit | 9274761 | Checking | 4110835925 | 15.56 |
| Direct Deposit | 9274761 | Checking | 001022950 | 840.28 |
| | | | | |
| Total: | | | | 1,555.84 |

4/15/2019

View Paycheck    Print



## PNC

Andy Fang

numo llc
Two PNC Plaza
620 Liberty Avenue
Pittsburgh, PA 15222
18779657762

| | |
|---|---|
| Net Pay: | $1,554.76 |
| Pay Begin Date: | 10/15/2018 |
| Pay End Date: | 10/28/2018 |
| Check Date: | 10/26/2018 |

### General

| | | | |
|---|---|---|---|
| Name: | Andy Fang | Pay Group: | Exempt |
| Employee ID: | 470144575 | Department: | 8509012415 - PNC TECHNOLOGY IN |
| Address: | 445 Broadway St | Location: | Pittsburgh Incubator Permanent |
| | Carnegie, PA 15106-2640 | Job Title: | Administration Manager |
| | | Pay Rate: | $63,000.00    Annual |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Single | PA Marital Status: | Not applicable |
| Fed Allowances: | 1 | PA Allowances: | 0 |
| | $0.00 | PA Addl Amount: | $0.00 |
| Fed Addl Amount: | | | |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,429.08 | 2,100.97 | 506.44 | 367.88 | 1,554.76 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | | | 2,160.77 |
| Holiday | 8.00 | 30.288462 | 242.31 |
| NonCashAwd | | | 15.00 |
| Other Comp | | | 6.00 |
| | | | |
| Total: | 8.00 | | 2,429.08 |

### Taxes

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed Withholding | 239.62 | 2,100.97 |
| Fed MED/EE | 32.22 | 2,222.12 |
| Fed OASDI/EE | 137.77 | 2,222.12 |
| PA Unempl EE | 1.46 | 2,444.08 |
| PA Withholding | 70.43 | 2,294.08 |
| PA PITTSBURGH Withholding | 22.94 | 2,294.08 |
| PA PTTSBRG OP LS Tax | 2.00 | 2,294.08 |
| | | |
| Total: | 506.44 | |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| DENTAL | 4.66 |
| EE HSA CON | 115.01 |
| MEDICAL | 27.69 |
| VISION | 2.64 |
| VolPreTax | 72.50 |
| ISP New | 121.15 |
| | |
| Total: | 343.65 |

### After-Tax Deductions

| Description | Amount |
|---|---|
| ISP New | 24.23 |
| | |
| Total: | 24.23 |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| ER HSA CON | 9.61 |
| IMP LIF* | 0.54 |
| | |
| * Taxable | |
| Total: | 10.15 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 9329018 | Checking | 6312935496 | 1,000.00 |
| Direct Deposit | 9329018 | Checking | 4110359925 | 15.55 |
| Direct Deposit | 9329018 | Checking | 001022950 | 500.00 |
| Direct Deposit | 9329018 | Checking | 1079824495 | 39.21 |
| | | | | |
| Total: | | | | 1,554.76 |

4/15/2019



Print

**PNC**                    Andy Fang

numo llc
Two PNC Plaza
620 Liberty Avenue
Pittsburgh, PA 15222
18779687762

| | |
|---|---|
| Net Pay: | $1,518.05 |
| Pay Begin Date: | 10/29/2018 |
| Pay End Date: | 11/11/2018 |
| Check Date: | 11/09/2018 |

### General

| | | | |
|---|---|---|---|
| Name: | Andy Fang | Pay Group: | Exempt |
| Employee ID: | 470144575 | Department: | 8509012415 - PNC TECHNOLOGY IN |
| Address: | 445 Broadway St | Location: | Pittsburgh Incubator Permanent |
| | Carnegie, PA 15106-2640 | Job Title: | Administration Manager |
| | | Pay Rate: | $53,000.00   Annual |

### Tax Data

| | | | |
|---|---|---|---|
| | Fed Marital Status: Single | PA Marital Status: | Not applicable |
| Fed Allowances: | 1 | PA Allowances: | 0 |
| | $0.00 | PA Addl Amount: | $0.00 |
| Fed Addl Amount: | | | |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,423.08 | 2,031.50 | 488.68 | 416.35 | 1,518.05 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | | | 2,423.08 |
| Total: | | | 2,423.08 |

### Taxes

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed Withholdng | 224.33 | 2,031.50 |
| Fed MED/EE | 31.91 | 2,201.12 |
| Fed OASDI/EE | 136.47 | 2,201.12 |
| PA Unempl EE | 1.46 | 2,423.08 |
| PA Withholdng | 69.78 | 2,273.08 |
| PA PITTSBURGH Withholdng | 22.73 | 2,273.08 |
| PA PTTSBRG OP LS Tax | 2.00 | 2,273.08 |
| Total: | 488.68 | |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| DENTAL | 4.66 |
| EE HSA CON | 115.01 |
| MEDICAL | 27.69 |
| VISION | 2.64 |
| VolPreTax | 72.50 |
| ISP New | 169.62 |
| Total: | 392.12 |

### After Tax Deductions

| Description | Amount |
|---|---|
| ISP New | 24.23 |
| Total: | 24.23 |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| ER HSA CON | 9.61 |
| IMP LIF* | 0.54 |
| * Taxable | |
| Total: | 10.15 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 9383009 | Checking | 6312936496 | 30.00 |
| Direct Deposit | 9383009 | Checking | 4110359525 | 15.18 |
| Direct Deposit | 9383009 | Checking | 001022950 | 750.00 |
| Direct Deposit | 9383009 | Checking | 1079824495 | 722.87 |
| Total: | | | | 1,518.05 |

4/15/2019



## PNC

Andy Fang

Print

nemo 8:
Two PNC Plaza
620 Liberty Avenue
Pittsburgh, PA 15222
18779687762

| | |
|---|---|
| Net Pay: | $1,518.05 |
| Pay Begin Date: | 11/12/2018 |
| Pay End Date: | 11/25/2018 |
| Check Date: | 11/23/2018 |

### General

| | | | |
|---|---|---|---|
| Name: | Andy Fang | Pay Group: | Exempt |
| Employee ID: | 470144575 | Department: | 8509012415 - PNC TECHNOLOGY IN |
| Address: | 445 Broadway St | Location: | Pittsburgh Incubator Permanent |
| | Carnegie, PA 15106-2640 | Job Title: | Administration Manager |
| | | Pay Rate: | $63,000.00    Annual |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Single | PA Marital Status: | Not applicable |
| Fed Allowances: | 1 | PA Allowances: | 0 |
| | $0.00 | PA Addl Amount: | $0.00 |
| Fed Addl Amount: | | | |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,423.08 | 2,031.50 | 488.68 | 416.35 | 1,518.05 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | | | 2,180.77 |
| Holiday | 8.00 | 30.288462 | 242.31 |
| Total: | 8.00 | | 2,423.08 |

### Taxes

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed Withholding | 224.33 | 2,031.50 |
| Fed MED/EE | 31.92 | 2,201.12 |
| Fed OASDI/EE | 136.47 | 2,201.12 |
| PA Unempl EE | 1.45 | 2,423.08 |
| PA Withholdng | 69.78 | 2,273.08 |
| PA PITTSBURGH Withholding | 22.73 | 2,273.08 |
| PA PTTSBRG OP LS Tax | 2.00 | 2,273.08 |
| Total: | 488.68 | |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| DENTAL | 4.69 |
| EE HSA CON | 115.01 |
| MEDICAL | 27.69 |
| VISION | 2.64 |
| VolPreTax | 72.50 |
| ISP New | 169.62 |
| Total: | 392.12 |

### After Tax Deductions

| Description | Amount |
|---|---|
| ISP New | 24.23 |
| Total: | 24.23 |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| ER HSA CON | 9.61 |
| IMP LIF* | 0.54 |
| * Taxable | |
| Total: | 10.15 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 9437358 | Checking | 6312936496 | 30.00 |
| Direct Deposit | 9437358 | Checking | 4110059525 | 15.18 |
| Direct Deposit | 9437358 | Checking | 001022950 | 750.00 |
| Direct Deposit | 9437358 | Checking | 1079824496 | 722.87 |
| Total: | | | | 1,518.05 |

4/15/2019



PNC    Andy Fang    Print

numo llc
Two PNC Plaza
620 Liberty Avenue
Pittsburgh, PA 15222
18779687762

| | |
|---|---|
| Net Pay: | $1,565.55 |
| Pay Begin Date: | 11/26/2018 |
| Pay End Date: | 12/09/2018 |
| Check Date: | 12/07/2018 |

**General**

| Name: | Andy Fang | Pay Group: | Exempt |
|---|---|---|---|
| Employee ID: | 470144575 | Department: | 8500012415 - PNC TECHNOLOGY IN |
| Address: | 445 Broadway St | Location: | Pittsburgh Incubator Permanent |
| | Carnegie, PA 15106-2640 | Job Title: | Administration Manager |
| | | Pay Rate: | $63,000.00    Annual |

**Tax Data**

| | | | |
|---|---|---|---|
| Fed Marital Status: | Single | PA Marital Status: | Not applicable |
| Fed Allowances: | 1 | PA Allowances: | 0 |
| | $0.00 | PA Addl Amount: | $0.00 |
| Fed Addl Amount: | | | |

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,423.08 | 2,099.00 | 508.68 | 348.85 | 1,565.55 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | | | 2,423.08 |
| Vacation | 32.00 | 30.288462 | 969.23 |
| Holiday | 8.00 | 30.288462 | 242.31 |
| Regular | -40.00 | 30.288462 | -1,211.54 |
| | | | |
| Total: | | | 2,423.08 |

**Taxes**

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed Withholding | 239.18 | 2,099.00 |
| Fed MED/EE | 32.89 | 2,268.62 |
| Fed OASDI/EE | 140.65 | 2,268.62 |
| PA Unempl EE | 1.45 | 2,423.08 |
| PA Withholding | 69.76 | 2,273.08 |
| PA PITTSBURGH Withholding | 22.73 | 2,273.08 |
| PA PTTSBRG OP LS Tax | 2.00 | 2,273.08 |
| | | |
| Total: | 508.68 | |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| DENTAL | 4.66 |
| EE HSA CON | 115.01 |
| MEDICAL | 27.69 |
| VISION | 2.64 |
| VolPreTax | 5.00 |
| ISP | 169.62 |
| | |
| Total: | 324.62 |

**After Tax Deductions**

| Description | Amount |
|---|---|
| ISP | 24.23 |
| | |
| Total: | 24.23 |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| ER HSA CON | 9.61 |
| IMP LIF* | 0.54 |
| ISP | 96.92 |
| | |
| * Taxable | |
| Total: | 107.07 |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 9491271 | Checking | 6312938496 | 30.00 |
| Direct Deposit | 9491271 | Checking | 4110359525 | 15.66 |
| Direct Deposit | 9491271 | Checking | 001022950 | 750.00 |
| Direct Deposit | 9491271 | Checking | 1079824485 | 769.89 |
| | | | | |
| Total: | | | | 1,565.55 |

4/15/2019



PNC    Andy Fang                                    Print

numo llc
Two PNC Plaza                          Net Pay:            $1,565.52
020 Liberty Avenue                     Pay Begin Date:    12/10/2018
Pittsburgh, PA 15222                   Pay End Date:      12/23/2018
18779687762                            Check Date:        12/21/2018

**General**

| Name: | Andy Fang | Pay Group: | Exempt |
|---|---|---|---|
| Employee ID: | 470144575 | Department: | 8509012415 - PNC TECHNOLOGY IN |
| Address: | 445 Broadway St | Location: | Pittsburgh Incubator Permanent |
| | Carnegie, PA 15106-2640 | Job Title: | Administration Manager |
| | | Pay Rate: | $63,000.00    Annual |

**Tax Data**

| | Fed Marital Status: | Single | PA Marital Status: | Not applicable |
|---|---|---|---|---|
| Fed Allowances: | 1 | | PA Allowances: | 0 |
| | $0.00 | | PA Addl Amount: | $0.00 |
| Fed Addl Amount: | | | | |

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,423.08 | 2,099.00 | 508.71 | 348.85 | 1,565.52 |
| YTD | 37,553.74 | 32,799.99 | 8,040.23 | 5,162.28 | 24,351.23 |

**Earnings**

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Regular | | | 2,423.08 | 33,438.49 |
| Holiday | | | | 1,453.86 |
| Vacation | | | | 1,211.54 |
| Personal | | | | 242.31 |
| NonCashAwd | | | | 15.00 |
| Other Comp | | | | 6.00 |
| ADDLREG | | | | 1,211.54 |
| **Total:** | | | 2,423.08 | 37,553.74 |

**Taxes**

| Description | Amount | YTD Amount | Taxable Grs | Taxable Grs YTD |
|---|---|---|---|---|
| Fed Withholding | 239.18 | 3,877.07 | 2,099.00 | 32,799.99 |
| Fed MED/EE | 32.90 | 505.64 | 2,268.62 | 34,871.70 |
| Fed OASDI/EE | 140.66 | 2,162.05 | 2,268.62 | 34,871.70 |
| PA Unempl EE | 1.46 | 22.55 | 2,423.08 | 37,578.74 |
| PA Withholding | 69.78 | 1,088.39 | 2,273.08 | 35,453.74 |
| PA PITTSBURGH Withholding | 22.73 | 354.53 | 2,273.08 | 35,453.74 |
| PA PTTSBRG OP LS Tax | 2.00 | 30.00 | 2,273.08 | 35,453.74 |
| **Total:** | 508.71 | 8,040.23 | | |

**Before-Tax Deductions**

| Description | Amount | YTD Amount |
|---|---|---|
| DENTAL | 4.66 | 68.54 |
| EE HSA CON | 115.01 | 1,610.14 |
| MEDICAL | 27.69 | 407.45 |
| VISION | 2.64 | 38.85 |
| VolPreTax | 5.00 | 590.00 |
| ISP New | | 1,732.47 |
| ISP | 169.52 | 339.24 |
| **Total:** | 324.52 | 4,786.71 |

**After Tax Deductions**

| Description | Amount | YTD Amount |
|---|---|---|
| ISP New | | 327.11 |
| ISP | 24.23 | 48.46 |
| **Total:** | 24.23 | 375.57 |

**Employer Paid Benefits**

| Description | Amount | YTD Amount |
|---|---|---|
| ER HSA CON | 9.61 | 134.54 |
| IMP LIF* | 0.54 | 7.96 |
| LIW HSA EE | | 400.00 |
| ISP | 96.92 | 193.84 |
| * Taxable | | |
| **Total:** | 107.07 | 736.34 |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 9545568 | Checking | 6312930496 | 30.00 |
| Direct Deposit | 9545568 | Checking | 001022950 | 500.00 |
| Direct Deposit | 9545568 | Checking | 1079824495 | 1,035.52 |
| **Total:** | | | | 1,565.52 |

**Leave Balances**

| Description | YTD Amount |
|---|---|
| Vacation | 40.00 |
| Personal | 0.00 |
| Floating | 0.00 |
| **Total YTD Amount:** | 40.00 |

4/15/2019



4/15/2019



PNC

Andy Fang

Print

nume llc
Two PNC Plaza
620 Liberty Avenue
Pittsburgh, PA 15222
18779687762

| | |
|---|---|
| Net Pay: | $1,476.38 |
| Pay Begin Date: | 01/07/2019 |
| Pay End Date: | 01/20/2019 |
| Check Date: | 01/18/2019 |

**General**

| | | | |
|---|---|---|---|
| Name: | Andy Fang | Pay Group: | Exempt |
| Employee ID: | 470144575 | Department: | 6599012415 - PNC TECHNOLOGY IN |
| Address: | 445 Broadway St | Location: | Pittsburgh Incubator Permanent |
| | Carnegie, PA 15106-2640 | Job Title: | Administration Manager |
| | | Pay Rate: | $63,000.00   Annual |

**Tax Data**

| | | | |
|---|---|---|---|
| Fed Marital Status: | Single | PA Marital Status: | Not applicable |
| Fed Allowances: | 1 | PA Allowances: | 0 |
| | $0.00 | PA Addl Amount: | $0.00 |
| Fed Addl Amount: | | | |

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,431.08 | 2,145.31 | 526.76 | 427.94 | 1,476.38 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | | | 2,423.05 |
| Vacation | 40.00 | 30.288462 | 1,211.54 |
| Holiday | 8.00 | 30.288462 | 242.31 |
| NonCashAwd | | | 20.00 |
| Other Comp | | | 8.00 |
| Regular | -48.00 | 30.288462 | -1,453.85 |
| | | | |
| Total: | | | 2,431.08 |

**Taxes**

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed Withholding | 248.95 | 2,145.31 |
| Fed MED/EE | 33.92 | 2,339.16 |
| Fed OASDI/EE | 145.03 | 2,339.16 |
| PA Unempl EE | 1.47 | 2,451.08 |
| PA Withholding | 71.95 | 2,343.56 |
| PA PITTSBURGH Withholding | 23.44 | 2,343.56 |
| PA PTTSBRG OP LS Tax | 2.00 | 2,343.56 |
| | | |
| Total: | 526.76 | |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| DENTAL | 1.27 |
| EE HSA CON | 51.92 |
| MEDICAL | 51.69 |
| VISION | 2.64 |
| VolPreTax | 5.00 |
| ISP | 193.85 |
| | |
| Total: | 306.37 |

**After-Tax Deductions**

| Description | Amount |
|---|---|
| ACC INS | 0.42 |
| ISP | 48.46 |
| ESPP | 72.69 |
| | |
| Total: | 121.57 |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| ER HSA CON | 9.61 |
| IMP LIF* | 0.60 |
| ISP | 96.92 |
| | |
| * Taxable | |
| Total: | 107.13 |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 9654923 | Checking | 001022950 | 500.00 |
| Direct Deposit | 9654923 | Checking | 1079524495 | 976.38 |
| | | | | |
| Total: | | | | 1,476.38 |

4/15/2019

## PNC

Andy Fang

Print

numo llc
Two PNC Plaza
620 Liberty Avenue
Pittsburgh, PA 15222
18779687762

| | |
|---|---|
| Net Pay: | $1,477.84 |
| Pay Begin Date: | 01/21/2019 |
| Pay End Date: | 02/03/2019 |
| Check Date: | 02/01/2019 |

### General

| | | | |
|---|---|---|---|
| Name: | Andy Fang | Pay Group: | Exempt |
| Employee ID: | 470144575 | Department: | 8509012415 - PNC TECHNOLOGY IN |
| Address: | 445 Broadway St | Location: | Pittsburgh Incubator Permanent |
| | Carnegie, PA 15106-2640 | Job Title: | Administration Manager |
| | | Pay Rate: | $63,000.00    Annual |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: Single | | PA Marital Status: | Not applicable |
| Fed Allowances: | 1 | PA Allowances: | 0 |
| | $0.00 | PA Addl Amount: | $0.00 |
| Fed Addl Amount: | | | |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,423.08 | 2,117.31 | 517.30 | 427.94 | 1,477.84 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | | | 2,423.08 |
| Holiday | 8.00 | 30.288462 | 242.31 |
| Regular | -8.00 | 30.288462 | -242.31 |
| **Total:** | | | **2,423.08** |

### Taxes

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed Withholding | 242.79 | 2,117.31 |
| Fed MED/EE | 33.51 | 2,311.16 |
| Fed OASDI/EE | 143.29 | 2,311.16 |
| PA Unempl EE | 1.46 | 2,423.08 |
| PA Withholding | 71.09 | 2,315.56 |
| PA PITTSBURGH Withholding | 23.16 | 2,315.56 |
| PA PTTSBRG OP LS Tax | 2.00 | 2,315.56 |
| **Total:** | **517.30** | |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| DENTAL | 1.27 |
| EE HSA CON | 51.92 |
| MEDICAL | 51.69 |
| VISION | 2.64 |
| VolPreTax | 5.00 |
| ISP | 193.85 |
| **Total:** | **306.37** |

### After Tax Deductions

| Description | Amount |
|---|---|
| ACC INS | 0.42 |
| ISP | 48.46 |
| ESPP | 72.69 |
| **Total:** | **121.57** |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| ER HSA CON | 9.61 |
| IMP LIF* | 0.60 |
| ISP | 96.92 |
| * Taxable | |
| **Total:** | **107.13** |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 9706210 | Checking | 001022950 | 500.00 |
| Direct Deposit | 9706210 | Checking | 1079824495 | 977.84 |
| **Total:** | | | | **1,477.84** |

4/15/2019



PNC

Andy Fang

Print

Andy Fang

numo lo
Two PNC Plaza
620 Liberty Avenue
Pittsburgh, PA 15222
18779857762

| | |
|---|---|
| Net Pay: | $1,477.29 |
| Pay Begin Date: | 02/04/2019 |
| Pay End Date: | 02/17/2019 |
| Check Date: | 02/15/2019 |

**General**

| Name: | Andy Fang | Pay Group: | Exempt |
|---|---|---|---|
| Employee ID: | 470144575 | Department: | 8509012415 - PNC TECHNOLOGY IN |
| Address: | 445 Broadway St | Location: | Pittsburgh Incubator Permanent |
| | Carnegie, PA 15106-2640 | Job Title: | Administration Manager |
| | | Pay Rate: | $63,000.00    Annual |

**Tax Data**

| Fed Marital Status: | Single | PA Marital Status: | Not applicable |
|---|---|---|---|
| Fed Allowances: | 1 | PA Allowances: | 0 |
| | $0.00 | PA Addl Amount: | $0.00 |
| Fed Addl Amount: | | | |

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,426.08 | 2,127.81 | 520.85 | 427.94 | 1,477.29 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | | | 2,423.08 |
| NonCashAwd | | | 7.50 |
| Other Comp | | | 3.00 |
| | | | |
| Total: | | | 2,426.08 |

**Taxes**

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed Withholding | 245.10 | 2,127.81 |
| Fed MED/EE | 33.67 | 2,321.66 |
| Fed OASDI/EE | 143.94 | 2,321.66 |
| PA Unempl EE | 1.46 | 2,433.58 |
| PA Withholding | 71.41 | 2,326.06 |
| PA PITTSBURGH Withholding | 23.27 | 2,326.06 |
| PA PTTSBRG OP LS Tax | 2.00 | 2,326.06 |
| | | |
| Total: | 520.85 | |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| DENTAL | 1.27 |
| EE HSA CON | 51.92 |
| MEDICAL | 51.69 |
| VISION | 2.64 |
| VolPreTax | 5.00 |
| ISP | 193.85 |
| | |
| Total: | 306.37 |

**After Tax Deductions**

| Description | Amount |
|---|---|
| ACC INS | 0.42 |
| ISP | 48.46 |
| ESPP | 72.69 |
| | |
| Total: | 121.57 |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| ER HSA CON | 9.61 |
| IMP LIF* | 0.60 |
| LW HSA EE | 100.00 |
| ISP | 96.92 |
| | |
| * Taxable | |
| Total: | 207.13 |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 9762573 | Checking | 223101006058 | 1,477.29 |

4/15/2019



4/15/2019

**PNC**

Andy Fang

View Paycheck

Print

numo llc
Two PNC Plaza
620 Liberty Avenue
Pittsburgh, PA 15222
18779687762

| | |
|---|---|
| Net Pay: | $1,524.04 |
| Pay Begin Date: | 03/04/2019 |
| Pay End Date: | 03/17/2019 |
| Check Date: | 03/15/2019 |

## General

| | | | |
|---|---|---|---|
| Name: | Andy Fang | Pay Group: | Exempt |
| Employee ID: | 470144575 | Department: | 8509012415 - PNC TECHNOLOGY IN |
| Address: | 445 Broadway St | Location: | Pittsburgh Incubator Permanent |
| | Carnegie, PA 15106-2640 | Job Title: | Administration Manager |
| | | Pay Rate: | $65,000.00    Annual |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** Single | | **PA Marital Status:** | Not applicable |
| Fed Allowances: | 1 | PA Allowances: | 0 |
| | $0.00 | PA Addl Amount: | $0.00 |
| Fed Addl Amount: | | | |

## Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,500.00 | 2,188.26 | 538.02 | 437.94 | 1,524.04 |

## Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | | | 2,500.00 |
| **Total:** | | | **2,500.00** |

## Taxes

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed Withholding | 254.44 | 2,188.26 |
| Fed MED/EE | 34.63 | 2,388.26 |
| Fed OASDI/EE | 148.08 | 2,388.26 |
| PA Unempl EE | 1.50 | 2,500.00 |
| PA Withholding | 73.45 | 2,392.48 |
| PA PITTSBURGH Withholding | 23.92 | 2,392.48 |
| PA PTTSBRG OP LS Tax | 2.00 | 2,392.48 |
| **Total:** | **538.02** | |

## Before-Tax Deductions

| Description | Amount |
|---|---|
| DENTAL | 1.27 |
| EE HSA CON | 51.92 |
| MEDICAL | 51.69 |
| VISION | 2.64 |
| VolPreTax | 5.00 |
| ISP | 200.00 |
| **Total:** | **312.52** |

## After Tax Deductions

| Description | Amount |
|---|---|
| ACC INS | 0.42 |
| ISP | 50.00 |
| ESPP | 75.00 |
| **Total:** | **125.42** |

## Employer Paid Benefits

| Description | Amount |
|---|---|
| ER HSA CON | 9.61 |
| IMP LIF* | 0.78 |
| ISP | 100.00 |
| **Total:** | **110.39** |

\* Taxable

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 9873623 | Savings | 223102392907 | 152.40 |
| Direct Deposit | 9873623 | Checking | 223101008058 | 1,371.64 |
| **Total:** | | | | **1,524.04** |

4/15/2019

## PNC

Andy Fang

numo llc
Two PNC Plaza
620 Liberty Avenue
Pittsburgh, PA 15222
18779687762

| | |
|---|---|
| Net Pay: | $1,527.60 |
| Pay Begin Date: | 03/18/2019 |
| Pay End Date: | 03/31/2019 |
| Check Date: | 03/29/2019 |

### General

| | | | |
|---|---|---|---|
| Name: | Andy Fang | Pay Group: | Exempt |
| Employee ID: | 470144575 | Department: | 8509012415 - PNC TECHNOLOGY IN |
| Address: | 445 Broadway St | Location: | Pittsburgh Incubator Permanent |
| | Carnegie, PA 15106-2840 | Job Title: | Administration Manager |
| | | Pay Rate: | $65,000.00    Annual |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Single | PA Marital Status: | Not applicable |
| Fed Allowances: | 1 | PA Allowances: | 0 |
| | $0.00 | PA Addl Amount: | $0.00 |
| Fed Addl Amount: | | | |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,500.00 | 2,193.17 | 539.46 | 432.94 | 1,527.60 |
| YTD | 19,703.32 | 17,388.98 | 4,502.08 | 3,310.55 | 11,890.69 |

### Earnings

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Regular | | | 2,500.00 | 15,003.85 |
| Holiday | | | | 976.93 |
| INCENT-SUP | | | | 2,500.00 |
| NonCashAwd | | | | 27.50 |
| Other Comp | | | | 11.00 |
| Vacation | | | | 1,211.54 |
| | | | | |
| Total: | | | 2,500.00 | 19,703.32 |

### Taxes

| Description | Amount | YTD Amount | Taxable Grs | Taxable Grs YTD |
|---|---|---|---|---|
| Fed Withholding | 255.52 | 2,252.57 | 2,193.17 | 17,388.98 |
| Fed MED/EE | 34.70 | 274.98 | 2,393.17 | 18,964.38 |
| Fed OASDI/EE | 148.37 | 1,175.79 | 2,393.17 | 18,964.38 |
| PA Unempl EE | 1.50 | 11.84 | 2,500.00 | 19,730.82 |
| PA Withholding | 73.45 | 583.00 | 2,392.48 | 18,989.97 |
| PA PITTSBURGH Withholding | 23.92 | 189.90 | 2,392.48 | 18,989.97 |
| PA PTTSBRG OP LS Tax | 2.00 | 14.00 | 2,392.48 | 18,989.97 |
| | | | | |
| Total: | 539.46 | 4,502.08 | | |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| DENTAL | 1.27 | 10.84 |
| EE HSA CON | 51.92 | 363.44 |
| MEDICAL | 51.69 | 348.00 |
| VISION | 2.64 | 18.48 |
| VolPreTax | | 30.00 |
| ISP | 200.00 | 1,575.40 |
| | | |
| Total: | 307.52 | 2,346.25 |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| ACC INS | 0.42 | 2.70 |
| United Way | | 52.00 |
| ISP | 50.00 | 393.84 |
| ESPP | 75.00 | 515.76 |
| | | |
| Total: | 125.42 | 964.30 |

### Employer Paid Benefits

| Description | Amount | YTD Amount |
|---|---|---|
| ER HSA CON | 9.61 | 67.27 |
| IMP LIF* | 0.69 | 4.41 |
| LW HSA EE | 100.00 | 200.00 |
| ISP | 100.00 | 787.68 |
| | | |
| * Taxable | | |
| Total: | 210.30 | 1,059.36 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 9927206 | Savings | 223102392907 | 152.76 |
| Direct Deposit | 9927206 | Checking | 223101006055 | 1,374.84 |
| | | | | |
| Total: | | | | 1,527.60 |

### Leave Balances

| Description | YTD Amount |
|---|---|
| Vacation | 30.00 |
| Personal | 8.00 |
| Floating | 0.00 |
| | |
| Total YTD Amount: | 38.00 |

4/15/2019

View Paycheck



PNC

Andy Fang

Print

nume llc
Two PNC Plaza
620 Liberty Ave
Pittsburgh, PA 15222
18779697762

| | |
|---|---|
| Net Pay: | $1,524.07 |
| Pay Begin Date: | 01/01/2019 |
| Pay End Date: | 04/14/2019 |
| Check Date: | 04/12/2019 |

### General

| Name: | Andy Fang | Pay Group: | Exempt |
|---|---|---|---|
| Employee ID: | 470144575 | Department: | 8599012415 - PNC TECHNOLOGY IN |
| Address: | 445 Broadway St | Location: | Pittsburgh Incubator Permanent |
| | Carnegie, PA 15106-2640 | Job Title: | Administration Manager |
| | | Pay Rate: | $55,000.00    Annual |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: Single | | PA Marital Status: | Not applicable |
| Fed Allowances: | 1 | PA Allowances: | 0 |
| Fed Addl Amount: | $0.00 | PA Addl Amount: | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,500.00 | 2,188.17 | 537.99 | 437.94 | 1,524.07 |
| YTD | 22,203.32 | 19,577.15 | 5,040.07 | 3,748.49 | 13,414.76 |

### Earnings

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Regular | | | 2,500.00 | 17,503.85 |
| Holiday | | | | 976.53 |
| INCENT-SUP | | | | 2,500.00 |
| NonCashAwd | | | | 27.50 |
| Other Comp | | | | 11.00 |
| Vacation | | | | 1,211.54 |
| | | | | |
| Total: | | | 2,500.00 | 22,203.32 |

### Taxes

| Description | Amount | YTD Amount | Taxable Grs | Taxable Grs YTD |
|---|---|---|---|---|
| Fed Withholding | 254.42 | 2,506.99 | 2,188.17 | 19,577.15 |
| Fed MED/EE | 34.63 | 309.61 | 2,388.17 | 21,352.55 |
| Fed OASDI/EE | 148.07 | 1,323.66 | 2,388.17 | 21,352.55 |
| PA Unempl EE | 1.50 | 13.34 | 2,500.00 | 22,230.62 |
| PA Withholding | 73.45 | 656.45 | 2,392.48 | 21,382.45 |
| PA PITTSBURGH Withholding | 23.92 | 213.82 | 2,392.48 | 21,382.45 |
| PA PTTSBRG OP LS Tax | 2.00 | 16.00 | 2,392.48 | 21,382.45 |
| | | | | |
| Total: | $537.99 | 5,040.07 | | |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| DENTAL | 1.27 | 12.11 |
| EE HSA CON | 51.92 | 415.36 |
| MEDICAL | 51.69 | 399.78 |
| VISION | 2.64 | 21.12 |
| VolPreTax | 5.00 | 35.00 |
| ISP | 200.00 | 1,775.40 |
| | | |
| Total: | 312.52 | 2,658.77 |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| ACC INS | 0.42 | 3.12 |
| United Way | | 52.00 |
| ISP | 50.00 | 443.84 |
| ESPP | 75.00 | 590.76 |
| | | |
| Total: | 125.42 | 1,089.72 |

### Employer Paid Benefits

| Description | Amount | YTD Amount |
|---|---|---|
| ER HSA CON | 9.61 | 76.88 |
| IMP LIF* | 0.69 | 5.10 |
| LW HSA EE | 100.00 | 300.00 |
| ISP | 100.00 | 887.68 |
| | | |
| * Taxable | | |
| Total: | 210.30 | 1,269.66 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 9978139 | Savings | 223102382907 | 152.41 |
| Direct Deposit | 9978139 | Checking | 223101008058 | 1,371.66 |
| | | | | |
| Total: | | | | 1,524.07 |

### Leave Balances

| Description | YTD Amount |
|---|---|
| Vacation | 40.00 |
| Personal | 8.00 |
| Floating | 0.00 |
| | |
| Total YTD Amount: | 48.00 |

**FITNESS INTERNATIONAL, LLC**
3161 MICHELSON DRIVE, SUITE 600
IRVINE, CA 92612

| Position: | AEROBICS INSTRUCTOR | |
|---|---|---|
| Advice #: | FO23895 | Advice Date: 10/19/2018 |

| ANDY FANG | | Employee ID: | 2064516 |
|---|---|---|---|
| 445 Broadway St | | Department: | 320 |
| Carnegie, PA 15106 | | Location: | BRIDGEVILLE |
| XXX-XX-6630 | | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | $200.00 | $200.00 | $25.73 | $0.00 | $174.27 |
| YTD: | $4,209.06 | $4,209.06 | $540.51 | $0.00 | $3,668.55 |

### EFFECTIVE RATE SUMMARY

| Pay Period: 10/01/2018 to 10/15/2018 | Effective Rate | Hours Worked |
|---|---|---|
| Regular Hours | $20.00 | 10.00 |
| Total Hours Worked This Pay Period: | | 10.00 |

### SESSION / CLASS CREDITS

| Pay Period | Description | Units | Rate | Tenure Premium | Total Rate |
|---|---|---|---|---|---|
| 10/01/2018 to 10/15/2018 | Aerobic Classes | 10 | $20.00 | - | $20.00 |

### DETAIL OF HOURS AND EARNINGS / TAXES

| Pay Type | Rate | Units | Earnings | Description | Current |
|---|---|---|---|---|---|
| Regular Hourly Pay | $7.2500 | 10.00 | $72.50 | Medicare | $2.90 |
| Class Premium | $12.7500 | 10.00 | $127.50 | Social Sec Tax | $12.40 |
| Total This Pay Period: | | | $200.00 | PA Withholding | $6.14 |
| | | | | EI320 | $2.00 |
| | | | | LST320 | $2.17 |
| | | | | PASUI | $0.12 |
| | | | | Total: | $25.73 |

FITNESS INTERNATIONAL, LLC
3161 MICHELSON DRIVE, SUITE 600
IRVINE, CA 92612

| Position: | AEROBICS INSTRUCTOR | |
|---|---|---|
| Advice #: | FO52832 | Advice Date: 11/6/2018 |

| | |
|---|---|
| ANDY FANG | Employee ID: 2064516 |
| 445 Broadway St | Department: 320 |
| Carnegie, PA 15106 | Location: BRIDGEVILLE |
| XXX-XX-6630 | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | $220.00 | $220.00 | $28.08 | $0.00 | $191.92 |
| YTD: | $4,429.06 | $4,429.06 | $568.59 | $0.00 | $3,860.47 |

| EFFECTIVE RATE SUMMARY | | |
|---|---|---|
| *Pay Period: 10/16/2018 to 10/31/2018* | Effective Rate | Hours Worked |
| Regular Hours | $20.00 | 11.00 |
| *Total Hours Worked This Pay Period:* | | 11.00 |

| SESSION / CLASS CREDITS | | | | | |
|---|---|---|---|---|---|
| Pay Period | Description | Units | Rate | Tenure Premium | Total Rate |
| 10/16/2018 to 10/31/2018 | Aerobic Classes | 11 | $20.00 | - | $20.00 |

| DETAIL OF HOURS AND EARNINGS | | | | | TAXES | |
|---|---|---|---|---|---|---|
| *Pay Period: 10/16/2018 to 10/31/2018* | | Current | | | | |
| Pay Type | Rate | Units | Earnings | | Description | Current |
| Regular Hourly Pay | $7.2500 | 11.00 | $79.75 | | Medicare | $3.19 |
| Class Premium | $12.7500 | 11.00 | $140.25 | | Social Sec Tax | $13.64 |
| Total This Pay Period: | | | $220.00 | | PA Withholding | $6.75 |
| | | | | | EI320 | $2.20 |
| | | | | | LST320 | $2.17 |
| | | | | | PASUI | $0.13 |
| | | | | | Total: | $28.08 |

FITNESS INTERNATIONAL, LLC
3161 MICHELSON DRIVE, SUITE 600
IRVINE, CA 92612

| | |
|---|---|
| Position: | AEROBICS INSTRUCTOR |
| Advice #: | FO80858 | Advice Date: | 11/21/2018 |

| | |
|---|---|
| ANDY FANG | Employee ID: | 2064516 |
| 445 Broadway St | Department: | 320 |
| Carnegie, PA 15106 | Location: | BRIDGEVILLE |
| XXX-XX-6630 | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | $260.00 | $260.00 | $32.80 | $0.00 | $227.20 |
| YTD: | $4,689.06 | $4,689.06 | $601.39 | $0.00 | $4,087.67 |

| EFFECTIVE RATE SUMMARY | | |
|---|---|---|
| *Pay Period: 11/01/2018 to 11/15/2018* | Effective Rate | Hours Worked |
| Regular Hours | $20.00 | 13.00 |
| *Total Hours Worked This Pay Period:* | | 13.00 |

| SESSION / CLASS CREDITS | | | | | |
|---|---|---|---|---|---|
| Pay Period | Description | Units | Rate | Tenure Premium | Total Rate |
| 11/01/2018 to 11/15/2018 | Aerobic Classes | 13 | $20.00 | - | $20.00 |

| DETAIL OF HOURS AND EARNINGS | | | | TAXES | |
|---|---|---|---|---|---|
| *Pay Period: 11/01/2018 to 11/15/2018* | | Current | | | |
| Pay Type | Rate | Units | Earnings | Description | Current |
| Regular Hourly Pay | $7.2500 | 13.00 | $94.25 | Medicare | $3.77 |
| Class Premium | $12.7500 | 13.00 | $165.75 | Social Sec Tax | $16.12 |
| Total This Pay Period: | | | $260.00 | PA Withholding | $7.98 |
| | | | | EI320 | $2.60 |
| | | | | LST320 | $2.17 |
| | | | | PASUI | $0.16 |
| | | | | Total: | $32.80 |

FITNESS INTERNATIONAL, LLC
3161 MICHELSON DRIVE, SUITE 600
IRVINE, CA 92612

| | |
|---|---|
| Position: | AEROBICS INSTRUCTOR |
| Advice #: | FP08822 |
| Advice Date: | 12/6/2018 |

ANDY FANG
445 Broadway St
Carnegie, PA 15106
XXX-XX-6630

| | |
|---|---|
| Employee ID: | 2064516 |
| Department: | 320 |
| Location: | BRIDGEVILLE |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | $180.00 | $180.00 | $23.38 | $0.00 | $156.62 |
| YTD: | $4,869.06 | $4,869.06 | $624.77 | $0.00 | $4,244.29 |

### EFFECTIVE RATE SUMMARY

| Pay Period: 11/16/2018 to 11/30/2018 | Effective Rate | Hours Worked |
|---|---|---|
| Regular Hours | $20.00 | 9.00 |
| Total Hours Worked This Pay Period: | | 9.00 |

### SESSION / CLASS CREDITS

| Pay Period | Description | Units | Rate | Tenure Premium | Total Rate |
|---|---|---|---|---|---|
| 11/16/2018 to 11/30/2018 | Aerobic Classes | 9 | $20.00 | - | $20.00 |

| DETAIL OF HOURS AND EARNINGS | | | | | TAXES | |
|---|---|---|---|---|---|---|
| Pay Period: 11/16/2018 to 11/30/2018 | | Current | | | | |
| Pay Type | Rate | Units | Earnings | Description | | Current |
| Regular Hourly Pay | $7.2500 | 9.00 | $65.25 | Medicare | | $2.61 |
| Class Premium | $12.7500 | 9.00 | $114.75 | Social Sec Tax | | $11.16 |
| Total This Pay Period: | | | $180.00 | PA Withholding | | $5.53 |
| | | | | EI320 | | $1.80 |
| | | | | LST320 | | $2.17 |
| | | | | PASUI | | $0.11 |
| | | | | Total: | | $23.38 |

FITNESS INTERNATIONAL, LLC
3161 MICHELSON DRIVE, SUITE 600
IRVINE, CA 92612

| Position: | AEROBICS INSTRUCTOR | |
|---|---|---|
| Advice #: | FP37053 | Advice Date:  12/20/2018 |

| ANDY FANG | | |
|---|---|---|
| 445 Broadway St | Employee ID: | 2064516 |
| Carnegie, PA 15106 | Department: | 320 |
| XXX-XX-6630 | Location: | BRIDGEVILLE |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | $220.00 | $220.00 | $28.08 | $0.00 | $191.92 |
| YTD: | $5,089.06 | $5,089.06 | $652.85 | $0.00 | $4,436.21 |

| EFFECTIVE RATE SUMMARY | | |
|---|---|---|
| *Pay Period: 12/01/2018 to 12/15/2018* | Effective Rate | Hours Worked |
| Regular Hours | $20.00 | 11.00 |
| *Total Hours Worked This Pay Period:* | | 11.00 |

| SESSION / CLASS CREDITS | | | | | |
|---|---|---|---|---|---|
| Pay Period | Description | Units | Rate | Tenure Premium | Total Rate |
| 12/01/2018 to 12/15/2018 | Aerobic Classes | 11 | $20.00 | - | $20.00 |

| DETAIL OF HOURS AND EARNINGS | | | | TAXES | |
|---|---|---|---|---|---|
| *Pay Period: 12/01/2018 to 12/15/2018* | | Current | | | |
| Pay Type | Rate | Units | Earnings | Description | Current |
| Regular Hourly Pay | $7.2500 | 11.00 | $79.75 | Medicare | $3.19 |
| Class Premium | $12.7500 | 11.00 | $140.25 | Social Sec Tax | $13.64 |
| Total This Pay Period: | | | $220.00 | PA Withholding | $6.75 |
| | | | | EI320 | $2.20 |
| | | | | LST320 | $2.17 |
| | | | | PASUI | $0.13 |
| | | | | Total: | $28.08 |

FITNESS INTERNATIONAL, LLC
3161 MICHELSON DRIVE, SUITE 600
IRVINE, CA 92612

| Position: | AEROBICS INSTRUCTOR | | |
|-----------|---------------------|-----|----------------|
| Advice #: | FP65683 | Advice Date: | 1/7/2019 |

| ANDY FANG | | |
|-----------|------------|--------------|
| 445 Broadway St | Employee ID: | 2064516 |
| Carnegie, PA 15106 | Department: | 320 |
| XXX-XX-6630 | Location: | BRIDGEVILLE |

|  | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|--------|-------------|-------------------|-------------|------------------|---------|
| Current: | $60.00 | $60.00 | $9.24 | $0.00 | $50.76 |
| YTD: | $60.00 | $60.00 | $9.24 | $0.00 | $50.76 |

| EFFECTIVE RATE SUMMARY | | |
|------------------------|----------------|--------------|
| Pay Period: 12/16/2018 to 12/31/2018 | Effective Rate | Hours Worked |
| Regular Hours | $20.00 | 3.00 |
| Total Hours Worked This Pay Period: | | 3.00 |

| SESSION / CLASS CREDITS | | | | | |
|-------------------------|-------------|-------|--------|----------------|------------|
| Pay Period | Description | Units | Rate | Tenure Premium | Total Rate |
| 12/16/2018 to 12/31/2018 | Aerobic Classes | 3 | $20.00 | - | $20.00 |

| DETAIL OF HOURS AND EARNINGS | | | | |
|------------------------------|------|-------|----------|
| Pay Period: 12/16/2018 to 12/31/2018 | | Current | | |
| Pay Type | Rate | Units | Earnings |
| Regular Hourly Pay | $7.2500 | 3.00 | $21.75 |
| Class Premium | $12.7500 | 3.00 | $38.25 |
| Total This Pay Period: | | | $60.00 |

| TAXES | |
|-------------|---------|
| Description | Current |
| Medicare | $0.87 |
| Social Sec Tax | $3.72 |
| PA Withholding | $1.84 |
| EI320 | $0.60 |
| LST320 | $2.17 |
| PASUI | $0.04 |
| Total: | $9.24 |

FITNESS INTERNATIONAL, LLC
3161 MICHELSON DRIVE, SUITE 600
IRVINE, CA 92612

| Position: AEROBICS INSTRUCTOR | | |
|---|---|---|
| Advice #:   FP65683 | | Advice Date:  1/7/2019 |

| ANDY FANG | | |
|---|---|---|
| 445 Broadway St | Employee ID: | 2064516 |
| Carnegie, PA 15106 | Department: | 320 |
| XXX-XX-6630 | Location: | BRIDGEVILLE |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | $60.00 | $60.00 | $9.24 | $0.00 | $50.76 |
| YTD: | $60.00 | $60.00 | $9.24 | $0.00 | $50.76 |

| EFFECTIVE RATE SUMMARY | | |
|---|---|---|
| Pay Period: 12/16/2018 to 12/31/2018 | Effective Rate | Hours Worked |
| Regular Hours | $20.00 | 3.00 |
| Total Hours Worked This Pay Period: | | 3.00 |

| SESSION / CLASS CREDITS | | | | | |
|---|---|---|---|---|---|
| Pay Period | Description | Units | Rate | Tenure Premium | Total Rate |
| 12/16/2018 to 12/31/2018 | Aerobic Classes | 3 | $20.00 | - | $20.00 |

| DETAIL OF HOURS AND EARNINGS | | | | | TAXES | |
|---|---|---|---|---|---|---|
| Pay Period: 12/16/2018 to 12/31/2018 | | | Current | | | |
| Pay Type | Rate | Units | Earnings | | Description | Current |
| Regular Hourly Pay | $7.2500 | 3.00 | $21.75 | | Medicare | $0.87 |
| Class Premium | $12.7500 | 3.00 | $38.25 | | Social Sec Tax | $3.72 |
| Total This Pay Period: | | | $60.00 | | PA Withholding | $1.84 |
| | | | | | EI320 | $0.60 |
| | | | | | LST320 | $2.17 |
| | | | | | PASUI | $0.04 |
| | | | | | Total: | $9.24 |

**FITNESS INTERNATIONAL, LLC**
3161 MICHELSON DRIVE, SUITE 600
IRVINE, CA 92612

| | | |
|---|---|---|
| Position: AEROBICS INSTRUCTOR | | |
| Advice #:  FP93932 | Advice Date:  1/22/2019 | |

| ANDY FANG | | |
|---|---|---|
| 445 Broadway St | Employee ID: | 2064516 |
| Carnegie, PA 15106 | Department: | 320 |
| XXX-XX-6630 | Location: | BRIDGEVILLE |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | $200.00 | $200.00 | $25.75 | $0.00 | $174.25 |
| YTD: | $260.00 | $260.00 | $34.99 | $0.00 | $225.01 |

### EFFECTIVE RATE SUMMARY

| Pay Period: 01/01/2019 to 01/15/2019 | Effective Rate | Hours Worked |
|---|---|---|
| Regular Hours | $20.00 | 10.00 |
| Total Hours Worked This Pay Period: | | 10.00 |

### SESSION / CLASS CREDITS

| Pay Period | Description | Units | Rate | Tenure Premium | Total Rate |
|---|---|---|---|---|---|
| 01/01/2019 to 01/15/2019 | Aerobic Classes | 10 | $20.00 | - | $20.00 |

### DETAIL OF HOURS AND EARNINGS

| Pay Period: 01/01/2019 to 01/15/2019 | | Current | | TAXES | |
|---|---|---|---|---|---|
| Pay Type | Rate | Units | Earnings | Description | Current |
| Regular Hourly Pay | $7.2500 | 10.00 | $72.50 | Medicare | $2.90 |
| Class Premium | $12.7500 | 10.00 | $127.50 | Social Sec Tax | $12.40 |
| Total This Pay Period: | | | $200.00 | PA Withholding | $6.14 |
| | | | | EI320 | $2.00 |
| | | | | LST320 | $2.17 |
| | | | | PASUI | $0.14 |
| | | | | Total: | $25.75 |

FITNESS INTERNATIONAL, LLC
3161 MICHELSON DRIVE, SUITE 600
IRVINE, CA 92612

| | |
|---|---|
| Position: AEROBICS INSTRUCTOR | |
| Advice #:    FQ26466 | Advice Date:  2/6/2019 |

| | |
|---|---|
| ANDY FANG | |
| 445 Broadway St | Employee ID:    2064516 |
| Carnegie, PA 15106 | Department:    320 |
| XXX-XX-6630 | Location:    BRIDGEVILLE |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | $160.00 | $160.00 | $21.03 | $0.00 | $138.97 |
| YTD: | $420.00 | $420.00 | $56.02 | $0.00 | $363.98 |

### EFFECTIVE RATE SUMMARY

| Pay Period: 01/16/2019 to 01/31/2019 | Effective Rate | Hours Worked |
|---|---|---|
| Regular Hours | $20.00 | 8.00 |
| Total Hours Worked This Pay Period: | | 8.00 |

### SESSION / CLASS CREDITS

| Pay Period | Description | Units | Rate | Tenure Premium | Total Rate |
|---|---|---|---|---|---|
| 01/16/2019 to 01/31/2019 | Aerobic Classes | 8 | $20.00 | - | $20.00 |

### DETAIL OF HOURS AND EARNINGS

| Pay Period: 01/16/2019 to 01/31/2019 | | Current | | | TAXES | |
|---|---|---|---|---|---|---|
| Pay Type | Rate | Units | Earnings | Description | | Current |
| Regular Hourly Pay | $7.2500 | 8.00 | $58.00 | Medicare | | $2.32 |
| Class Premium | $12.7500 | 8.00 | $102.00 | Social Sec Tax | | $9.92 |
| Total This Pay Period: | | | $160.00 | PA Withholding | | $4.91 |
| | | | | EI320 | | $1.60 |
| | | | | LST320 | | $2.17 |
| | | | | PASUI | | $0.11 |
| | | | | Total: | | $21.03 |

FITNESS INTERNATIONAL, LLC
3161 MICHELSON DRIVE, SUITE 600
IRVINE, CA 92612

| | | |
|---|---|---|
| Position | AEROBICS INSTRUCTOR | |
| Advice #: | FQ55197 | Advice Date: 2/21/2019 |

| | | |
|---|---|---|
| ANDY FANG | Employee ID: | 2064516 |
| 445 Broadway St | Department: | 320 |
| Carnegie, PA 15106 | Location: | BRIDGEVILLE |
| XXX-XX-6630 | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | $160.00 | $160.00 | $21.03 | $0.00 | $138.97 |
| YTD: | $580.00 | $580.00 | $77.05 | $0.00 | $502.95 |

| EFFECTIVE RATE SUMMARY | | |
|---|---|---|
| Pay Period: 02/01/2019 to 02/15/2019 | Effective Rate | Hours Worked |
| Regular Hours | $20.00 | 8.00 |
| Total Hours Worked This Pay Period: | | 8.00 |

| SESSION / CLASS CREDITS | | | | | |
|---|---|---|---|---|---|
| Pay Period | Description | Units | Rate | Tenure Premium | Total Rate |
| 02/01/2019 to 02/15/2019 | Aerobic Classes | 8 | $20.00 | - | $20.00 |

| DETAIL OF HOURS AND EARNINGS | | | | | TAXES | |
|---|---|---|---|---|---|---|
| Pay Period: 02/01/2019 to 02/15/2019 | | Current | | | | |
| Pay Type | Rate | Units | Earnings | | Description | Current |
| Regular Hourly Pay | $7.2500 | 8.00 | $58.00 | | Medicare | $2.32 |
| Class Premium | $12.7500 | 8.00 | $102.00 | | Social Sec Tax | $9.92 |
| Total This Pay Period: | | | $160.00 | | PA Withholding | $4.91 |
| | | | | | EI320 | $1.60 |
| | | | | | LST320 | $2.17 |
| | | | | | PASUI | $0.11 |
| | | | | | Total: | $21.03 |

FITNESS INTERNATIONAL, LLC
3161 MICHELSON DRIVE, SUITE 600
IRVINE, CA 92612

| | |
|---|---|
| Position | GROUP FITNESS INSTRUCTOR |
| Advice #: | FQ84224 |
| | Advice Date:  3/6/2019 |

ANDY FANG
445 Broadway St
Carnegie, PA 15106
XXX-XX-6630

| | |
|---|---|
| Employee ID: | 2064516 |
| Department: | 320 |
| Location: | BRIDGEVILLE |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | $160.00 | $160.00 | $21.03 | $0.00 | $138.97 |
| YTD: | $740.00 | $740.00 | $98.08 | $0.00 | $641.92 |

| EFFECTIVE RATE SUMMARY | | |
|---|---|---|
| Pay Period: 02/16/2019 to 02/28/2019 | Effective Rate | Hours Worked |
| Regular Hours | $20.00 | 8.00 |
| Total Hours Worked This Pay Period: | | 8.00 |

| SESSION / CLASS CREDITS | | | | | |
|---|---|---|---|---|---|
| Pay Period | Description | Units | Rate | Tenure Premium | Total Rate |
| 02/16/2019 to 02/28/2019 | Aerobic Classes | 8 | $20.00 | - | $20.00 |

| DETAIL OF HOURS AND EARNINGS | | | | | TAXES | |
|---|---|---|---|---|---|---|
| Pay Period: 02/16/2019 to 02/28/2019 | | Current | | | | |
| Pay Type | Rate | Units | Earnings | Description | | Current |
| Regular Hourly Pay | $7.2500 | 8.00 | $58.00 | Medicare | | $2.32 |
| Class Premium | $12.7500 | 8.00 | $102.00 | Social Sec Tax | | $9.92 |
| Total This Pay Period: | | | $160.00 | PA Withholding | | $4.91 |
| | | | | EI320 | | $1.60 |
| | | | | LST320 | | $2.17 |
| | | | | PASUI | | $0.11 |
| | | | | Total: | | $21.03 |

FITNESS INTERNATIONAL, LLC
3161 MICHELSON DRIVE, SUITE 600
IRVINE, CA 92612

| | |
|---|---|
| Position | GROUP FITNESS INSTRUCTOR |
| Advice #: | FR12907 |
| Advice Date: | 3/21/2019 |

| | |
|---|---|
| ANDY FANG | |
| 445 Broadway St | |
| Carnegie, PA 15106 | |
| XXX-XX-6630 | |

| | |
|---|---|
| Employee ID: | 2064516 |
| Department: | 320 |
| Location: | BRIDGEVILLE |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | $160.00 | $160.00 | $21.02 | $0.00 | $138.98 |
| YTD: | $900.00 | $900.00 | $119.10 | $0.00 | $780.90 |

### EFFECTIVE RATE SUMMARY

Pay Period: 03/01/2019 to 03/15/2019

| | Effective Rate | Hours Worked |
|---|---|---|
| Regular Hours | $20.00 | 8.00 |
| Total Hours Worked This Pay Period: | | 8.00 |

### SESSION / CLASS CREDITS

| Pay Period | Description | Units | Rate | Tenure Premium | Total Rate |
|---|---|---|---|---|---|
| 03/01/2019 to 03/15/2019 | Aerobic Classes | 8 | $20.00 | - | $20.00 |

### DETAIL OF HOURS AND EARNINGS

Pay Period: 03/01/2019 to 03/15/2019

| Pay Type | Rate | Units | Earnings |
|---|---|---|---|
| Regular Hourly Pay | $7.2500 | 8.00 | $58.00 |
| Class Premium | $12.7500 | 8.00 | $102.00 |
| Total This Pay Period: | | | $160.00 |

### TAXES

| Description | Current |
|---|---|
| Medicare | $2.32 |
| Social Sec Tax | $9.92 |
| PA Withholding | $4.91 |
| EI320 | $1.60 |
| LST320 | $2.17 |
| PASUI | $0.10 |
| Total: | $21.02 |

FITNESS INTERNATIONAL, LLC
3161 MICHELSON DRIVE, SUITE 600
IRVINE, CA 92612

| | |
|---|---|
| Position: | AEROBICS INSTRUCTOR |
| Advice #: FR41957 | Advice Date: 4/4/2019 |

| | |
|---|---|
| ANDY FANG | Employee ID: 2064516 |
| 445 Broadway St | Department: 320 |
| Carnegie, PA 15106 | Location: BRIDGEVILLE |
| XXX-XX-6630 | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | $180.00 | $180.00 | $23.38 | $0.00 | $156.62 |
| YTD: | $1,080.00 | $1,080.00 | $142.48 | $0.00 | $937.52 |

### EFFECTIVE RATE SUMMARY

| Pay Period: 03/16/2019 to 03/31/2019 | Effective Rate | Hours Worked |
|---|---|---|
| Regular Hours | $20.00 | 9.00 |
| Total Hours Worked This Pay Period: | | 9.00 |

### SESSION / CLASS CREDITS

| Pay Period | Description | Units | Rate | Tenure Premium | Total Rate |
|---|---|---|---|---|---|
| 03/16/2019 to 03/31/2019 | Aerobic Classes | 9 | $20.00 | - | $20.00 |

### DETAIL OF HOURS AND EARNINGS

| Pay Period: 03/16/2019 to 03/31/2019 | | Current | |
|---|---|---|---|
| Pay Type | Rate | Units | Earnings |
| Regular Hourly Pay | $7.2500 | 9.00 | $65.25 |
| Class Premium | $12.7500 | 9.00 | $114.75 |
| Total This Pay Period: | | | $180.00 |

### TAXES

| Description | Current |
|---|---|
| Medicare | $2.61 |
| Social Sec Tax | $11.16 |
| PA Withholding | $5.53 |
| EI320 | $1.80 |
| LST320 | $2.17 |
| PASUI | $0.11 |
| Total: | $23.38 |