# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andy Fang<br>**Debtor(s)** | BK NO. 19-21620 GLT<br><br>Chapter 13 |
| **Quicken Loans Inc.**<br>Movant<br>vs.<br><br>**Andy Fang**<br>Debtor(s)<br><br>**Ronda J. Winnecour**, Trustee | |

## CERTIFICATE OF SERVICE OF
### Default Order On Motion for Relief from the Automatic Stay

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>August 1, 2019</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Andy Fang
445 Broadway Street
Carnegie, PA 15106

<u>Attorney for Debtor(s)</u>
Matthew M. Herron, Esq.
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: <u>August 1, 2019</u>

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594