**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE NO. 19-21620-GLT |
| ) | |
| Andy Fang, ) | CHAPTER 13 |
| ) | |
| Debtor. ) | HEARING DATE & TIME:   January 9, 2020 @ 11:00 a.m. |
| ) | |
| American Airlines Federal Credit Union, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| Andy Fang, Debtor; and Ronda J. Winnecour, Trustee; ) | |
| ) | |
| Respondents. | |

**CERTIFICATE OF SERVICE OF ORDER OF COURT GRANTING STIPULATION FOR TREATMENT OF CLAIMS OF AMERICAN AIRLINES FEDERAL CREDIT UNION**

I certify under penalty of perjury that I have served the above captioned pleadings on the parties at the addresses specified below or on the attached list on   December 18  , 20 19 .

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was Either First Class Mail and/or Electronic Notification.

**SERVICE BY FIRST CLASS MAIL**
Andy Fang
445 Broadway Street
Carnegie, PA  15106

**SERVICE BY ELECTRONIC NOTIFICATION**
Matthew M. Herron, Esquire
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA  15232
E-mail:  mmh@thedebtdoctors.com

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219
E-mail:  cmecf@chapter13trusteewdpa.com

U.S. Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222
E-mail:  ustpregion03.pi.ecf@usdoj.gov


Dated:   12/18/19                    By:      /s/ David W. Raphael
                                            David W. Raphael, Esquire
                                            PA ID No. 200598
                                            Attorney for American Airlines Federal
                                                Credit Union
                                            One Gateway Center, 9th Floor
                                            Pittsburgh, PA  15222
                                            412-281-7650
                                            Fax:  412-281-7657
                                            E-mail:  draphael@grenenbirsic.com