**United States Bankruptcy Court**
**Western District of Pennsylvania**

In re **Andy Fang**                              Case No.   **19-21620-GLT**

Debtor(s)          Chapter   **13**

### <u>Notice of Change of Address for the Debtor</u>

**Our Mailing Address was previously listed as:**

Name:           **Andy Fang**

Street:          **445 Broadway Street**

City, State and Zip:   **Carnegie, PA 15106**

**Please be advised our new mailing address is:**

Name:           **Andy Fang**

Street:          **5819 Station Street, Apt. 1**

City, State and Zip:   **Pittsburgh, PA 15206-3173**

**/s/ *Andy Fang***
**Andy Fang**
Debtor

Respectfully submitted,
THE DEBT DOCTORS

Dated: March 2, 2020          By: */s/ Matthew M. Herron*
Matthew M. Herron, Esquire
PA I.D. No.:   88927
607 College Street, Suite 101
Pittsburgh, PA 15232
(412) 395-6001
mmh@thedebtdoctors.com