# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Andy Fang**  
Debtor(s)

Case No. **19-21620-GLT**  
Chapter **13**

## Notice of Change of Address for the Debtor

**My Mailing Address was previously listed as:**

Name: **Andy Fang**

Street: **5819 Station Street, Apt. 1**

City, State and Zip: **Pittsburgh, PA 15206-3173**

**Please be advised my new mailing address is:**

Name: **Andy Fang**

Street: **7 Dorchester Drive, Apt. 406, Bldg. 3**

City, State and Zip: **Pittsburgh, PA 15241-1026**

/s/ *Andy Fang*  
**Andy Fang**  
Debtor

Respectfully submitted,  
THE DEBT DOCTORS

Dated: September 4, 2020

By: */s/ Matthew M. Herron*  
Matthew M. Herron, Esquire  
PA I.D. No.: 88927  
607 College Street, Suite 101  
Pittsburgh, PA 15232  
(412) 395-6001  
mmh@thedebtdoctors.com