## United States Bankruptcy Court
### Western District of Pennsylvania

| | | | |
|---|---|---|---|
| In re **Andy Fang** | | Case No. | **19-21620-GLT** |
| Debtor(s) | | Chapter | **13** |

## Notice of Change of Address for the Debtor

**My Mailing Address was previously listed as:**

Name: **Andy Fang**

Street: **5819 Station Street, Apt. 1**

City, State and Zip: **Pittsburgh, PA 15206-3173**

**Please be advised my new mailing address is:**

Name: **Andy Fang**

Street: **3360 Jameson Drive**

City, State and Zip: **Pittsburgh, PA 15227-2614**

/s/ *Andy Fang*
**Andy Fang**
Debtor

Respectfully submitted,
THE DEBT DOCTORS

Dated:   August 15, 2022

By: */s/ Matthew M. Herron*
Matthew M. Herron, Esquire
PA I.D. No.:  88927
607 College Street, Suite 101
Pittsburgh, PA 15232
(412) 395-6001
mmh@thedebtdoctors.com