Certificate Number: 20611-PAW-DE-038136350

Bankruptcy Case Number: 19-21620



20611-PAW-DE-038136350

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 26, 2024, at 4:38 o'clock AM EST, Andy Fang completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  January 28, 2024    By:  /s/Kathleen B Mills

Name:  Kathleen B Mills

Title:  TEN Financial Educator