UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/29/24 9:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
 ANDY FANG

Case No.19-21620GLT

   Debtor(s)
Ronda J. Winnecour, Trustee
  Movant
    vs.
ANDY FANG

Chapter 13

Related to Docket No. 75

   Respondents

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this  29th Day of April, 2024  , it is hereby ORDERED, ADJUDGED, and DECREED that,

Numo, Llc (Pnc Bank)
Attn: Payroll Manager
6425 Living Place
Suite 150
Pittsburgh,PA 15206

is hereby ordered to immediately terminate the attachment of the wages of ANDY FANG, social security number XXX-XX-6630.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ANDY FANG.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-21620-GLT
Andy Fang Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Apr 29, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Andy Fang, 3 Dorchester Drive, Apt. 406, Pittsburgh, PA 15241-1004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2024 at the address(es) listed below:**

**Name**      **Email Address**

David W. Raphael
     on behalf of Creditor American Airlines Federal Credit Union raphaeld@fnb-corp.com

Denise Carlon
     on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com

Elizabeth L. Slaby
     on behalf of Creditor American Airlines Federal Credit Union bslaby@lenderlaw.com

Jeffrey R. Hunt
     on behalf of Creditor Borough of Carnegie jhunt@grblaw.com

Keri P. Ebeck
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
     btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Matthew M. Herron
     on behalf of Debtor Andy Fang mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 29, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 10