DocuSign Envelope ID: A6238621-FA6B-4BD2-A451-E548266CC660

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
|     Andy Fang, : | |
| : | Bankruptcy No.: 19-21620-GLT |
|         Debtor. : | |
| : | Chapter 13 |
| Andy Fang, : | |
| : | |
|         Movant, : | |
| : | |
|     v. : | |
| : | |
| No Respondents. : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay a Domestic Support Obligation.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On January 28, 2024, at docket number 73, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

DocuSigned by:
*ANDY FANG*
8C1B8E913950459...
_____
Andy Fang, Debtor

RESPECTFULLY SUBMITTED,
THE DEBT DOCTORS, LLC

By:    /s/*Matthew M. Herron*_____
Matthew M. Herron
607 College Avenue, Suite 101
Pittsburgh, PA 15232
mmh@thedebtdoctors.com
412-395-6001
PA I.D. No. 88927

PAWB Local Form 24 (07/13)