Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Andy Fang** | : | Case No. 19−21620−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 81 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 8/19/24 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this ***The 26th of June, 2024***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 81 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

(1)  ***On or before August 9, 2024***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on ***August 19, 2024 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Andy Fang  
    Debtor

Case No. 19-21620-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4  
Date Rcvd: Jun 26, 2024     Form ID: 604     Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Andy Fang, 3 Dorchester Drive, Apt. 406, Pittsburgh, PA 15241-1004 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 15211308 | | American Airlines Federal Credit Union, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15081250 | | American Airlines Federal Credit Union, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15068857 | + | American Airlines Federal Credit Union, c/o Bruce W. Akerly, Akerly Law PLLC, 878 S. Denton Tap Rd., Suite 100, Coppell, TX 75019-4563 |
| 15054781 | + | Rocket Loans, 1001 Woodward, Suite 1750, Detroit, MI 48226-1904 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 27 2024 00:04:00 | Borough of Carnegie, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jun 27 2024 00:08:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:24:22 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:11:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2024 00:23:50 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15037435 | | Email/Text: bankruptcy@aacreditunion.org | Jun 27 2024 00:03:00 | American Airlines Credit Union, 4151 Amon Carter Blvd., Fort Worth, TX 76155 |
| 15054768 | | Email/Text: bankruptcy@aacreditunion.org | Jun 27 2024 00:03:00 | American Airlines Credit Union, P O Box 619001, Dallas, TX 75261-9001 |
| 15081249 | | Email/Text: bankruptcy@aacreditunion.org | Jun 27 2024 00:03:00 | American Airlines Federal Credit Union, MD 2100, PO Box 619001, DFW Airport, TX 75621 |
| 15054769 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 01:34:57 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15059983 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 00:23:43 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 19-21620-GLT    Doc 86    Filed 06/28/24    Entered 06/29/24 00:35:11    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 26, 2024 | Form ID: 604 | Total Noticed: 47 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15054770 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 00:11:16 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15091596 | + | Email/Text: ebnjts@grblaw.com | Jun 27 2024 00:04:00 | Borough of Carnegie, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15054772 | ^ | MEBN | Jun 26 2024 23:50:37 | CBE Group, Inc., P.O. Box 2217, Waterloo, IA 50704-2217 |
| 15052910 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 01:34:56 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15054771 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 00:10:50 | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 15053573 | + | Email/Text: RASEBN@raslg.com | Jun 27 2024 00:04:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15081123 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 00:23:32 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15054774 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 00:11:45 | Citicards CBNA, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 15054775 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 00:10:53 | Citicards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15054776 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 27 2024 00:05:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 15054773 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2024 01:34:57 | Chase Card, P.O. Box 15369, Wilmington, DE 19850 |
| 15074244 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 00:25:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15054777 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 01:35:01 | National Tire & BT/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15054778 | + | Email/Text: bnc@nordstrom.com | Jun 27 2024 00:05:19 | Nordstrom/TD Bank USA, 13531 E Caley Ave., Englewood, CO 80111-6504 |
| 15054779 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 00:04:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15075984 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 00:04:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 15201628 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:10:54 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15077852 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:11:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15072265 | + | Email/Text: ebnpeoples@grblaw.com | Jun 27 2024 00:04:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15054780 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 27 2024 00:07:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15053596 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 27 2024 00:07:00 | Quicken Loans Inc., 635 Woodward Ave., Detroit, MI 48226-3408 |
| 15063543 | + | Email/Text: OpsEscalations@RocketLoans.com | Jun 27 2024 00:05:00 | RocketLoans Marketplace, C/O RocketLoans, 1274 Library St., Detroit, MI 48226-2256 |
| 15054782 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:24:35 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 15054783 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:10:48 | SYNCB/BP, PO Box 965024, Orlando, FL 32896-5024 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 26, 2024 | Form ID: 604 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15054784 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:25:24 | SYNCB/Care Credit, C/O PO Box 965036, Orlando, FL 32896-0001 |
| 15054785 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:24:33 | SYNCB/Google, PO Box 965022, Orlando, FL 32896-5022 |
| 15054786 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:11:41 | SYNCB/Pay Pal, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15054787 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:11:04 | Syncb/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 15038422 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2024 00:23:44 | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15081149 | + | Email/Text: bncmail@w-legal.com | Jun 27 2024 00:07:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15054788 | + | Email/Text: bncmail@w-legal.com | Jun 27 2024 00:05:00 | TD Bank USA/Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | *P++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, P O BOX 619001, MD 2100, DFW AIRPORT TX 75261-9001, address filed with court:, American Airlines Federal Credit Union, MD 2100, PO Box 619001, DFW Airport, TX 75621 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15054767 | *P++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, P O BOX 619001, MD 2100, DFW AIRPORT TX 75261-9001, address filed with court:, American Airlines Credit Union, 4151 Amon Carter Blvd., Fort Worth, TX 76155 |
| 15201742 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15071344 | *+ | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 28, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David W. Raphael | on behalf of Creditor American Airlines Federal Credit Union raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |

Elizabeth L. Slaby
    on behalf of Creditor American Airlines Federal Credit Union bslaby@lenderlaw.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Carnegie jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Debtor Andy Fang mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com


TOTAL: 10