**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> ANDY FANG <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>   vs. <br> No Respondents. | Case No.:19-21620 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.


June 25, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/22/2019 and confirmed on 6/21/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 38,928.51 |
| Less Refunds to Debtor | 275.03 | |
| TOTAL AMOUNT OF PLAN FUND | | 38,653.48 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,088.05 | |
|   Trustee Fee | 1,884.46 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,972.51 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1943 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1943 | | | | |
|   AMERICAN AIRLINES FCU | 1,550.59 | 1,550.59 | 151.20 | 1,701.79 |
|     Acct: 6630 | | | | |
|   CARNEGIE BORO- R/E TAX** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: M144 | | | | |
|   CARNEGIE BORO- R/E TAX** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: M144 | | | | |
|   AMERICAN AIRLINES FCU | 14,211.47 | 14,211.47 | 2,556.18 | 16,767.65 |
|     Acct: 6630 | | | | |
| | | | | 18,469.44 |
| **Priority** | | | | |
|   MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANDY FANG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANDY FANG | 275.03 | 275.03 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS LLC | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS LLC | 2,088.05 | 2,088.05 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXX4/20 | | | | |
|   THE DEBT DOCTORS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 6,264.56 | 6,264.56 | 0.00 | 6,264.56 |
|     Acct: 6630 | | | | |
| | | | | 6,264.56 |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 1,256.82 | 244.58 | 0.00 | 244.58 |
|     Acct: 1001 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - / | 1,706.23 | 332.03 | 0.00 | 332.03 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 7435 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 380.90 | 74.12 | 0.00 | 74.12 |
| Acct: 1937 | | | | |
| CHASE BANK USA NA(*) | 2,720.19 | 529.35 | 0.00 | 529.35 |
| Acct: 5872 | | | | |
| LVNV FUNDING LLC | 2,169.64 | 422.21 | 0.00 | 422.21 |
| Acct: 7435 | | | | |
| LVNV FUNDING LLC | 3,247.24 | 631.90 | 0.00 | 631.90 |
| Acct: 7362 | | | | |
| INTERNAL REVENUE SERVICE* | 15,135.29 | 2,945.30 | 0.00 | 2,945.30 |
| Acct: 6630 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 973.93 | 189.53 | 0.00 | 189.53 |
| Acct: 8235 | | | | |
| NORDSTROM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3324 | | | | |
| PNC BANK NA | 600.11 | 116.78 | 0.00 | 116.78 |
| Acct: 1633 | | | | |
| PNC BANK NA | 492.64 | 95.87 | 0.00 | 95.87 |
| Acct: 7706 | | | | |
| PNC BANK NA | 1,591.26 | 309.66 | 0.00 | 309.66 |
| Acct: 5291 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 812.71 | 158.15 | 0.00 | 158.15 |
| Acct: 5454 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 153.80 | 29.93 | 0.00 | 29.93 |
| Acct: 7598 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 409.79 | 79.75 | 0.00 | 79.75 |
| Acct: 6311 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 902.44 | 175.61 | 0.00 | 175.61 |
| Acct: 5758 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0220 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 82.87 | 16.13 | 0.00 | 16.13 |
| Acct: 4801 | | | | |
| TD BANK USA NA** | 159.30 | 31.00 | 0.00 | 31.00 |
| Acct: 8475 | | | | |
| ROCKET LOANS | 7,023.30 | 1,366.72 | 0.00 | 1,366.72 |
| Acct: 9036 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 212.23 | 41.30 | 0.00 | 41.30 |
| Acct: 6254 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 807.04 | 157.05 | 0.00 | 157.05 |
| Acct: 1478 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1300 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRENEN & BIRSIC PC (FRMRLY DAVID W | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 7,946.97 |

TOTAL PAID TO CREDITORS                                                                32,680.97

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 6,264.56 |
| SECURED | 15,762.06 |
| UNSECURED | 40,837.73 |

Date: 06/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ANDY FANG

       Debtor(s)

  Ronda J. Winnecour
       Movant
      vs.
  No Repondents.

Case No.:19-21620

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Andy Fang  
    Debtor

Case No. 19-21620-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4  
Date Rcvd: Jun 26, 2024     Form ID: pdf900     Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Andy Fang, 3 Dorchester Drive, Apt. 406, Pittsburgh, PA 15241-1004 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 15211308 | | American Airlines Federal Credit Union, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15081250 | | American Airlines Federal Credit Union, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15068857 | + | American Airlines Federal Credit Union, c/o Bruce W. Akerly, Akerly Law PLLC, 878 S. Denton Tap Rd., Suite 100, Coppell, TX 75019-4563 |
| 15054781 | + | Rocket Loans, 1001 Woodward, Suite 1750, Detroit, MI 48226-1904 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 27 2024 00:04:00 | Borough of Carnegie, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jun 27 2024 00:08:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:11:43 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:43:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2024 00:11:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15037435 | | Email/Text: bankruptcy@aacreditunion.org | Jun 27 2024 00:03:00 | American Airlines Credit Union, 4151 Amon Carter Blvd., Fort Worth, TX 76155 |
| 15054768 | | Email/Text: bankruptcy@aacreditunion.org | Jun 27 2024 00:03:00 | American Airlines Credit Union, P O Box 619001, Dallas, TX 75261-9001 |
| 15081249 | | Email/Text: bankruptcy@aacreditunion.org | Jun 27 2024 00:03:00 | American Airlines Federal Credit Union, MD 2100, PO Box 619001, DFW Airport, TX 75621 |
| 15054769 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 00:10:56 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15059983 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 00:44:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15054770 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 00:10:53 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15091596 | + | Email/Text: ebnjts@grblaw.com | Jun 27 2024 00:04:00 | Borough of Carnegie, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15054772 | ^ | MEBN | Jun 26 2024 23:50:38 | CBE Group, Inc., P.O. Box 2217, Waterloo, IA 50704-2217 |
| 15052910 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 00:43:55 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15054771 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 01:34:54 | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 15053573 | + | Email/Text: RASEBN@raslg.com | Jun 27 2024 00:04:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15081123 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 01:03:33 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15054774 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 01:34:59 | Citicards CBNA, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 15054775 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 00:23:42 | Citicards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15054776 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 27 2024 00:05:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 15054773 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2024 00:24:22 | Chase Card, P.O. Box 15369, Wilmington, DE 19850 |
| 15074244 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 00:11:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15054777 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 00:10:53 | National Tire & BT/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15054778 | + | Email/Text: bnc@nordstrom.com | Jun 27 2024 00:05:06 | Nordstrom/TD Bank USA, 13531 E Caley Ave., Englewood, CO 80111-6504 |
| 15054779 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 00:04:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15075984 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 00:04:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 15201628 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 01:14:17 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15077852 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 01:34:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15072265 | + | Email/Text: ebnpeoples@grblaw.com | Jun 27 2024 00:04:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15054780 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 27 2024 00:07:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15053596 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 27 2024 00:07:00 | Quicken Loans Inc., 635 Woodward Ave., Detroit, MI 48226-3408 |
| 15063543 | + | Email/Text: OpsEscalations@RocketLoans.com | Jun 27 2024 00:05:00 | RocketLoans Marketplace, C/O RocketLoans, 1274 Library St., Detroit, MI 48226-2256 |
| 15054782 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:11:48 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 15054783 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:11:14 | SYNCB/BP, PO Box 965024, Orlando, FL 32896-5024 |

Case 19-21620-GLT  Doc 88  Filed 06/28/24  Entered 06/29/24 00:35:11  Desc Imaged
Certificate of Notice  Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 26, 2024 | Form ID: pdf900 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15054784 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:11:16 | SYNCB/Care Credit, C/O PO Box 965036, Orlando, FL 32896-0001 |
| 15054785 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:11:39 | SYNCB/Google, PO Box 965022, Orlando, FL 32896-5022 |
| 15054786 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:11:04 | SYNCB/Pay Pal, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15054787 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:11:39 | Syncb/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 15038422 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2024 00:24:22 | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15081149 | + | Email/Text: bncmail@w-legal.com | Jun 27 2024 00:07:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15054788 | + | Email/Text: bncmail@w-legal.com | Jun 27 2024 00:05:00 | TD Bank USA/Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | *P++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, P O BOX 619001, MD 2100, DFW AIRPORT TX 75261-9001, address filed with court:, American Airlines Federal Credit Union, MD 2100, PO Box 619001, DFW Airport, TX 75621 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15054767 | *P++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, P O BOX 619001, MD 2100, DFW AIRPORT TX 75261-9001, address filed with court:, American Airlines Credit Union, 4151 Amon Carter Blvd., Fort Worth, TX 76155 |
| 15201742 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15071344 | *+ | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 28, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David W. Raphael | on behalf of Creditor American Airlines Federal Credit Union raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jun 26, 2024 | Form ID: pdf900 | Total Noticed: 47

Elizabeth L. Slaby
    on behalf of Creditor American Airlines Federal Credit Union bslaby@lenderlaw.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Carnegie jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Debtor Andy Fang mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com


TOTAL: 10