IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/13/24 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ANDY FANG

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-21620

Chapter 13

Related to Dkt. No. 81

ORDER OF COURT

AND NOW, this 13th day of August 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

## ENTERED BY DEFAULT

jah

GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-21620-GLT

Andy Fang     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4

Date Rcvd: Aug 13, 2024     Form ID: pdf900     Total Noticed: 47

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Andy Fang, 3 Dorchester Drive, Apt. 406, Pittsburgh, PA 15241-1004 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 15211308 | | American Airlines Federal Credit Union, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15081250 | | American Airlines Federal Credit Union, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15068857 | + | American Airlines Federal Credit Union, c/o Bruce W. Akerly, Akerly Law PLLC, 878 S. Denton Tap Rd., Suite 100, Coppell, TX 75019-4563 |
| 15054781 | + | Rocket Loans, 1001 Woodward, Suite 1750, Detroit, MI 48226-1904 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 13 2024 23:53:00 | Borough of Carnegie, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Aug 13 2024 23:54:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2024 00:17:52 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2024 00:07:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Aug 14 2024 00:06:52 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15037435 | | Email/Text: bankruptcy@aacreditunion.org | Aug 13 2024 23:53:00 | American Airlines Credit Union, 4151 Amon Carter Blvd., Fort Worth, TX 76155 |
| 15054768 | | Email/Text: bankruptcy@aacreditunion.org | Aug 13 2024 23:53:00 | American Airlines Credit Union, P O Box 619001, Dallas, TX 75261-9001 |
| 15081249 | | Email/Text: bankruptcy@aacreditunion.org | Aug 13 2024 23:53:00 | American Airlines Federal Credit Union, MD 2100, PO Box 619001, DFW Airport, TX 75621 |
| 15054769 | | Email/PDF: bncnotices@becket-lee.com | Aug 14 2024 00:07:15 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15059983 | | Email/PDF: bncnotices@becket-lee.com | Aug 14 2024 00:18:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 19-21620-GLT    Doc 93    Filed 08/15/24    Entered 08/16/24 00:43:30    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 13, 2024 | Form ID: pdf900 | Total Noticed: 47 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15054770 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2024 00:18:25 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15091596 | + | Email/Text: ebnjts@grblaw.com | Aug 13 2024 23:53:00 | Borough of Carnegie, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15054772 | ^ | MEBN | Aug 13 2024 23:45:34 | CBE Group, Inc., P.O. Box 2217, Waterloo, IA 50704-2217 |
| 15052910 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2024 00:06:20 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15054771 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2024 00:18:30 | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 15053573 | + | Email/Text: RASEBN@raslg.com | Aug 13 2024 23:53:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15081123 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2024 00:07:16 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15054774 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2024 00:07:18 | Citicards CBNA, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 15054775 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2024 00:07:10 | Citicards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15054776 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 13 2024 23:53:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 15054773 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 14 2024 00:06:47 | Chase Card, P.O. Box 15369, Wilmington, DE 19850 |
| 15074244 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2024 00:06:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15054777 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2024 00:17:43 | National Tire & BT/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15054778 | + | Email/Text: bnc@nordstrom.com | Aug 13 2024 23:53:25 | Nordstrom/TD Bank USA, 13531 E Caley Ave., Englewood, CO 80111-6504 |
| 15054779 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 13 2024 23:53:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15075984 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 13 2024 23:53:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 15201628 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2024 00:19:46 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15077852 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2024 00:06:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15072265 | + | Email/Text: ebnpeoples@grblaw.com | Aug 13 2024 23:53:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15054780 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 13 2024 23:54:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15053596 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 13 2024 23:54:00 | Quicken Loans Inc., 635 Woodward Ave., Detroit, MI 48226-3408 |
| 15063543 | + | Email/Text: OpsEscalations@RocketLoans.com | Aug 13 2024 23:53:00 | RocketLoans Marketplace, C/O RocketLoans, 1274 Library St., Detroit, MI 48226-2256 |
| 15054782 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:07:07 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 15054783 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:17:49 | SYNCB/BP, PO Box 965024, Orlando, FL 32896-5024 |

Case 19-21620-GLT    Doc 93    Filed 08/15/24    Entered 08/16/24 00:43:30    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 13, 2024 | Form ID: pdf900 | Total Noticed: 47 |

| 15054784 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:07:05 | SYNCB/Care Credit, C/O PO Box 965036, Orlando, FL 32896-0001 |
| 15054785 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:18:04 | SYNCB/Google, PO Box 965022, Orlando, FL 32896-5022 |
| 15054786 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:20:53 | SYNCB/Pay Pal, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15054787 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:21:31 | Syncb/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 15038422 | + Email/PDF: ebn_ais@aisinfo.com | Aug 14 2024 00:06:47 | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15081149 | + Email/Text: bncmail@w-legal.com | Aug 13 2024 23:54:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15054788 | + Email/Text: bncmail@w-legal.com | Aug 13 2024 23:53:00 | TD Bank USA/Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |

TOTAL: 41

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | *P++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, P O BOX 619001, MD 2100, DFW AIRPORT TX 75261-9001, address filed with court:, American Airlines Federal Credit Union, MD 2100, PO Box 619001, DFW Airport, TX 75621 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15054767 | *P++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, P O BOX 619001, MD 2100, DFW AIRPORT TX 75261-9001, address filed with court:, American Airlines Credit Union, 4151 Amon Carter Blvd., Fort Worth, TX 76155 |
| 15201742 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15071344 | *+ | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 15, 2024            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David W. Raphael | on behalf of Creditor American Airlines Federal Credit Union raphaeld@fnb-corp.com |
| Denise Carlon | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Aug 13, 2024 | Form ID: pdf900 | Total Noticed: 47 |

on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com

Elizabeth L. Slaby
    on behalf of Creditor American Airlines Federal Credit Union bslaby@lenderlaw.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Carnegie jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Debtor Andy Fang mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 10